# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sergio F., | Civ. No. 26-461 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

This matter is before the Court on Petitioner Sergio F.'s Notice of Voluntary Dismissal. (Docket No. 5.) Accordingly, **IT IS HEREBY ORDERED that:**

1. This matter is **DISMISSED without prejudice** and without costs or attorney's fees to any party; and

2. The Court finds as **MOOT** Petitioner's Motion for Order to Show Cause (Docket No. 4).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 6, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge