# UNITED STATES DISTRICT COURT

## District of Minnesota

Sergio Gabriel Fajardo Rivera

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00461-PAM-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This matter is DISMISSED without prejudice and without costs or attorney's fees to any party; and
2. The Court finds as MOOT Petitioner's Motion for Order to Show Cause (Docket No. 4).

Date: 2/6/2026

KATE M. FOGARTY, CLERK